JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AZITA ZENDEL, | ) | NO. CV 10-2889-VBF(Ex) |
| Plaintiff, | ) | |
| v. | ) | ORDER ADOPTING FINDINGS, |
| ABC VIDEO PRODUCTIONS, et al., | ) | CONCLUSIONS AND RECOMMENDATIONS |
| Defendants. | ) | OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. section 636, the Court has reviewed all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. The Court approves and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that Plaintiff's claims against all Defendants are dismissed with prejudice.

IT IS FURTHER ORDERED that Plaintiff shall pay to ABC the total sum of $3,221.00.

///

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Magistrate Judge's Report and Recommendation on Plaintiff and on all counsel of record.

DATED: August 16, 2011.

_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE