```
                       UNITED STATES DISTRICT COURT
                      CENTRAL DISTRICT OF CALIFORNIA

                         CIVIL MINUTES -- GENERAL
```

Case No.   **CV 10-2889-VBF(Ex)**                         Dated: **August 17, 2011**

Title:    Azita Zendel, et al. -*v*- ABC Video Productions, et al.

---

PRESENT:  HONORABLE VALERIE BAKER FAIRBANK, U.S. DISTRICT JUDGE

        Joseph Remigio                                None Present
        Courtroom Deputy                              Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:      ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                           None Present

**PROCEEDINGS (IN CHAMBERS):**     **COURT ORDER REGARDING PLAINTIFF'S MOTION FOR CONTINUANCE AND/OR EXTENSION OF CASE SCHEDULE [DKT. 271]**

The Court has received Plaintiff's Motion for Continuance and/or Extension of the Case Schedule (dkt. 271) (the "Motion to Extend"), filed on July 25, 2011, Defendants' Opposition (dkt. 282), Plaintiff's Reply (dkt. 289), and related documents.

In light of the Court's decision to adopt the Report and Recommendation of United States Magistrate Judge Eick (dkts. 264-1, 265) dismissing with prejudice all of Plaintiff's claims against all Defendants, Plaintiff's Motion to Extend is **MOOT**.  Accordingly, the hearing set for this Motion on August 22, 2011 at 1:30 p.m. is hereby **VACATED** and the matter **is taken off calendar.**


**IT IS SO ORDERED.**




MINUTES FORM 90                        Initials of Deputy Clerk    jre
CIVIL - GEN
                                  -1-