```
                  UNITED STATES DISTRICT COURT
                 CENTRAL DISTRICT OF CALIFORNIA

                    CIVIL MINUTES -- GENERAL
```

Case No.  **CV 10-2889-VBF(Ex)**                    Dated: **August 17, 2011**

Title:    Azita Zendel, et al. -v- ABC Video Productions, et al.

___

PRESENT:  HONORABLE VALERIE BAKER FAIRBANK, U.S. DISTRICT JUDGE

       Joseph Remigio                              None Present
       Courtroom Deputy                            Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

       None Present                                None Present

**PROCEEDINGS (IN CHAMBERS):**      **COURT ORDER REGARDING MOTION BY DEFENDANTS REVEILLE, LLC, THE WALT DISNEY COMPANY, AND CIRCLE LOCATION SERVICES, INC. TO DISMISS SECOND AMENDED COMPLAINT [DKT. 257]**

The Court has received the Motion by Defendants Reveille, LLC, The Walt Disney Company, and Circle Location Services, Inc. to Dismiss the Second Amended Complaint (dkt. 257) (the "Motion to Dismiss"), filed on July 15, 2011, Plaintiff's Opposition (dkt. 283), Plaintiff's Notice of Errata correcting her Opposition (dkt. 285), Defendants' Reply (dkt. 288), and related documents.

In light of the Court's decision to adopt the Report and Recommendation of United States Magistrate Judge Eick (dkts. 264-1, 265) dismissing with prejudice all of Plaintiff's claims against all Defendants, Defendants' Motion to Dismiss is **MOOT**.  Accordingly, the hearing set for this Motion on August 22, 2011 at 1:30 p.m. is hereby **VACATED** and the matter **is taken off calendar**.


**IT IS SO ORDERED.**


MINUTES FORM 90                       Initials of Deputy Clerk ___jre___
CIVIL - GEN