UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AZITA ZENDEL, et al., | CV 10-2889-VBF (Ex) |
| Plaintiffs, | JUDGMENT |
| v. | |
| ABC VIDEO PRODUCTIONS, et al., | |
| Defendants. | |

In accordance with the Court's order adopting the Report and Recommendation of United States Magistrate Judge Charles F. Eick, dismissing Plaintiff Azita Zendel's claims against all defendants with prejudice,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff Azita Zendel take nothing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff Azita Zendel shall pay to defendant ABC Video Productions the total sum of $3,221.00.

DATED: September 15, 2011

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE